**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ensor, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4432445** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3475 Edison Way, Suite Q**<br>**Menlo Park, CA 94025** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Mateo** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.ensor-inc.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 18-30733   Doc# 1   Filed: 07/02/18   Entered: 07/02/18 10:21:52   Page 1 of 43

| Debtor | Ensor, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3344_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | Ensor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

◼ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

| Debtor | Ensor, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/02/2018**
_____
MM / DD / YYYY

**X** /s/ Karim Bendimerad
_____
Signature of authorized representative of debtor

**Karim Bendimerad**
_____
Printed name

Title    **President, CEO, Director**
_____

**18. Signature of attorney**

**X** /s/ Sarah Little
_____
Signature of attorney for debtor

Date **7/02/2018**
_____
MM / DD / YYYY

**Sarah Little 215635**
_____
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
_____
Firm name

**1970 Broadway, Ste 225**
**Oakland, CA 94612**
_____
Number, Street, City, State & ZIP Code

Contact phone    **510-763-1000**    Email address _____

**215635 CA**
_____
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name   **Ensor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/02/2018**      *X* **/s/ Karim Bendimerad**
Signature of individual signing on behalf of debtor

**Karim Bendimerad**
Printed name

**President, CEO, Director**
Position or relationship to debtor

Case: 18-30733   Doc# 1   Filed: 07/02/18   Entered: 07/02/18 10:21:52   Page 5 of 43

| Fill in this information to identify the case: |
| --- |

Debtor name    **Ensor, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................................   $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................................   $     26,311.13

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................................   $     26,311.13

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     24,100.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     449,706.16

4.   **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b      $     473,806.16

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Ensor, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Silicon Valley Bank** | **Checking** | **7741** | $311.13 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$311.13**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | Ensor, Inc. | Case number *(If known)* | |
|--------|-------------|--------------------------|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | **Office furniture** Computers, office furniture | $0.00 | Liquidation | $1,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $1,000.00 |
|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|----|----|----|----|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ensor, Inc.**      Case number *(If known)* _____
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**
    **machinery and equipment)**
    R&D equipment, book value, see attachment.    $75,613.00    Liquidation      $25,000.00

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.      | $25,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** Trade secrets related to processes | $0.00 | | Unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Exclusive license agreements with University of Minnesota regarding patent nos. 8,945,673; 80,016,944; 7,446,335 | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.      | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Ensor, Inc.**                                    Case number *(If known)* _____
          _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Ensor, Inc.** Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $311.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,311.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $26,311.13 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| # | Vendor | Model | Description | Qty |
|---|--------|-------|-------------|-----|
| **R&D Equipment** | | | | |
| 1 | IKA | T25 Ultra Turrax | Overhead mixer | 1 |
| 2 | IKA | ETS-DS/RH Basic | Mixer | 2 |
| 3 | IKA | MS3 basic | Mixer | 1 |
| 4 | Branson | 2800 | Sonic bath | 1 |
| 5 | Branson | Sonifer 450 | Sonic bath controller | 1 |
| 6 | Fritsch | Pulverisette 7 | Ball Mill | 1 |
| 7 | Cole Palmer | SS-3CP | Sieve | 1 |
| 8 | Premier | XC-2000 | Centrifuge | 1 |
| 9 | IKA | RV-8 | Rotary Evaporator | 1 |
| 10 | Across International | Unknown | Vacuum oven | 1 |
| 11 | MTI | Unknown | Vacuum oven | 1 |
| 12 | BEQ | Unknown | Tube furnace | 1 |
| 13 | Mbraun | Labstar Pro | Glove Box | 1 |
| 14 | MTI | MSK-110 | Crimper | 2 |
| 15 | MTI | MK-100A | Calendaring | 1 |
| 16 | MTI | MSK-AFA-1 | Coater | 1 |
| 17 | MTI | Unknown | Punch | 2 |
| 18 | Misc | | Vacuum pumps | 8 |
| 19 | MKS | Baratron | Pressure gauges | 4 |
| 20 | Maccor | 4304 | Battery tester | 1 |
| 21 | Custom | N/A | R&D Nano-silicon reactor | 1 |
| 22 | Customer | N/A | Vega 2 pilot scale nano-silicon reactor | 1 |
| 23 | Custom | N/A | Vega 3 pilot scale nano-silicon reactor | 1 |
| 24 | Labmaster | 139 | Gas purification system | 1 |
| 25 | Microtrac | Nanotrac 250 | particle size analyzer | 1 |
| 26 | Quantachrome | Autosorb 1-C | BET | 1 |
| 27 | Mbraun | MB200MOD-1-1 | Glove box | 1 |
| 28 | Varian | VS Mobile | Helium leak detector | 1 |
| 29 | Buchi | Unknown | Pilot scale rotary evaporator | 1 |
| **Components** | | | | |
| 30 | MKS | M100B-23884 | Mass flow controller | 1 |
| 31 | MKS | M100B53CS1BV--S | Mass flow controller | 1 |
| 32 | MKS | 1479A03923CR1BM | Mass flow controller | 1 |
| 33 | MKS | 1480A00453CR1BM | Mass flow controller | 1 |
| 34 | MKS | M100B-23922 | Mass flow controller | 1 |
| 35 | MKS | 2179A-26059 | Mass flow controller | 1 |
| 36 | MKS | FC-2901M (Tylan brand) | Mass flow controller | 1 |
| 37 | MKS | 1179B-25470 | Mass flow controller | 1 |
| 38 | MKS | 2179A52CR1BV | Mass flow controller | 1 |
| 39 | MKS | FC-2901V (Tylan brand) | Mass flow controller | 1 |
| 40 | MKS | FC-2901V (Tylan brand) | Mass flow controller | 1 |
| 41 | MKS | 1179A01352C51BV | Mass flow controller | 1 |
| 42 | Tylan | 2179A52C51BV-5 | Mass flow controller | 1 |
| 43 | Tylan | 1478A13C51BM | Mass flow controller | 1 |
| 44 | Tylan | 1480A13CR1BM | Mass flow controller | 1 |
| **Radio frequency parts** | | | | |
| 45 | SEREN | R1001 | RF Power Supply | 1 |
| 46 | SEREN | AT10 | RF Matching Network | 1 |
| 47 | SEREN | MC2 | Matching Network Controller | 1 |
| 48 | Comdel | Match Pro CPMX-2500 | Auto Matching Network | 1 |
| 49 | Comdel | CPMX RMT | Remote controller | 1 |
| 50 | Manitou Systems | PB3-300D | RF Power Supply | 1 |
| 51 | Manitou Systems | PB3-300D | RF Power Supply | 1 |
| 52 | Manitou Systems | PB3-300D | RF Power Supply | 1 |
| 53 | Manitou Systems | H600-13 | RF Power Supply | 1 |
| 54 | Manitou Systems | MTK-600-13-L-Vac | Matching Network | 1 |

| | | | | |
|---|---|---|---|---|
| 55 | Manitou Systems | MTK-600-13-L | Matching Network | 1 |
| **Vacuum controller parts** | | | | |
| 56 | MKS | Type 146 | | 1 |
| 57 | MKS | Type 146 | | 1 |
| 58 | MKS | Type 250 | | 1 |
| 59 | MKS | Type 250 | | 1 |
| 60 | MKS | 937A | Pressure controller | 1 |
| 61 | MKS | Type 247 | MFC controller | 1 |
| 62 | MKS | Type 247 | MFC controller | 1 |
| 63 | MKS | Type 247 | MFC controller | 1 |
| 64 | MKS | Type 247 | MFC controller | 1 |
| 65 | MKS | 600 Series | Pressure controller | 1 |
| 66 | MKS | 600 Series | Pressure controller | 1 |
| 67 | MKS | 600 Series | Pressure controller | 1 |
| 68 | MKS | 260 PS-1 | 15 V power supply | 1 |
| 69 | MKS | 260 PS-1 | 15 V power supply | 1 |
| 70 | MKS | 260 PS-3B | 15V power supply | 1 |
| 71 | MKS | Type 186 | Vac gauge measurement and control | 1 |
| 72 | Intellisys | APC-250-A | Pressure controller goes with Intellisys throttle valve | 1 |
| **Misc vacuum parts** | | | | |
| 73 | MKS | 626A13TBE | 1000 torr baratron | 1 |
| 74 | MKS | 626A13TDE | 100 torr baratron | 1 |
| 75 | MKS | 626A21TBE | 20 torr baratron | 1 |
| 76 | Televac | CC-10 | Manometer | 1 |
| 77 | MKS | Type 153 | Control Valve | 1 |
| 78 | MKS | 253B-1-40-2 | Throttle valve | 1 |
| 79 | Nor-Cal Products | GVP-1502-NW-K4079 | Throttle valve | 1 |
| 80 | Intellisys | TBV-D-300-ISO-80 | Throttle valve | 1 |
| 81 | VAT | 09144-PE24-AES1 | Pneumatic gate valve | 1 |

**Fill in this information to identify the case:**

Debtor name    **Ensor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Ensor, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| **Employment Development Dept**<br>**MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**listed for notice** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|
| **Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95827-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**listed for notice** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    27103                    Best Case Bankruptcy

| Debtor | Ensor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Joerg Rockenberger
800 North 8th Street, Apt 314
San Jose, CA 95112**

As of the petition filing date, the claim is: **$11,600.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 2018**

Basis for the claim:
**wages and PTO. May be paid by TriNet**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Karim Bendimerad
404 Hoffman Ave.
San Francisco, CA 94114**

As of the petition filing date, the claim is: **$12,500.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 2018**

Basis for the claim:
**wages and PTO, may be paid by TriNet**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**State Board of Equalization
Acct Reference Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**listed for notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

Case: 18-30733    Doc# 1    Filed: 07/02/18    Entered: 07/02/18 10:21:52    Page 16 of 43

| | |
|---|---|
| Debtor __Ensor, Inc.__ | Case number (if known) _____ |
| Name | |

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**3.1**  Nonpriority creditor's name and mailing address
**Adil Fardeheb**
**1 South Market, #1601**
**San Jose, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice purposes__
__Equity Holder__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address
**Airgas**
**PO Box 7423**
**Pasadena, CA 91109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$5,839.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address
**Ben's Dry Ice**
**PO Box 720306**
**San Francisco, CA 94172**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$542.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address
**CAMCOR**
**1443 E. 13th Ave**
**Eugene, OR 97403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$15,741.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**  Nonpriority creditor's name and mailing address
**Covalent Metrology Services**
**921 Thompson Place**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$4,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address
**David Pearce**
**43 Rainey Street, Apt 3202**
**Austin, TX 78701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$269,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __loans and guarantees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**  Nonpriority creditor's name and mailing address
**Duniway**
**48501 Milmont Drive**
**Fremont, CA 94538**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$452.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Ensor, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**3.8**   **Nonpriority creditor's name and mailing address**

**E. David Willette Revocable Trust**
**7600 Parklawn Ste 300**
**Minneapolis, MN 55435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **preferred equity holder, listed for notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9**   **Nonpriority creditor's name and mailing address**

**Eclipse Metal Fabrication**
**2901 Spring Street**
**Redwood City, CA 94063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,881.37**

---

**3.10**   **Nonpriority creditor's name and mailing address**

**Fritsch**
**57 Grant Drive Suite G**
**Pittsboro, NC 27312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$205.60**

---

**3.11**   **Nonpriority creditor's name and mailing address**

**Goodfellow**
**125 Hookstown Grade Road**
**Coraopolis, PA 15108-9302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37.06**

---

**3.12**   **Nonpriority creditor's name and mailing address**

**Goodwin Procter**
**53 State Street**
**Boston, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$34,587.63**

---

**3.13**   **Nonpriority creditor's name and mailing address**

**IKA Works, Inc.**
**2635 North Chase Pkwy SE**
**Wilmington, NC 28405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,867.38**

---

**3.14**   **Nonpriority creditor's name and mailing address**

**Jean Thomson**
**2388 Lake Isles Parkway**
**Minneapolis, MN 55405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **preferred equity holder, listed for notice**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Ensor, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JNC Corporation**
**Shin Otemachi Blvd**
**2-1 Otemachi 2-Chome**
**Chiyoda-ku, Tokyo Japan 100-8105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **preferred equity holder, listed for notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karel Vanheusden**
**311 Glenwood Ave**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice purposes**
**Equity Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karim Bendimerad**
**404 Hoffman Ave.**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice purposes**
**Equity Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lorenzo Mangolini**
**9200 Miliken Ave, #5306**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice purposes**
**Equity Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,174.85 |
|---|---|---|---|

**MBraun**
**14 Marin Way**
**Stratham, NH 03885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332.12 |
|---|---|---|---|

**National Scientific Company**
**PO Box 498**
**Quakertown, PA 18951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,114.39 |
|---|---|---|---|

**Pacific Surface Science Inc**
**675 Beachport Drive, Unit 114**
**Port Hueneme, CA 93041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Ensor, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Pascal Engineering**
**4423 Fortran Ct, Suite 134**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pearce Family Trust dtd December 30 1999**
**43 Rainey Street, Apt 3202**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __preferred equity holder, listed for notice__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Polaris Labs**
**8114 SW Nimbus 4C**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Redtail Ventures, LLC**
**Attn: David Pearce, Apt 3202**
**43 Rainey Street**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice purposes__
__Equity Holder__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|

**Redwood Valuation Partners**
**771 Lakeview Way**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,075.00** |
|---|---|---|---|

**Regent of the University of Minnesota**
**NW 5960 PO Box 1450**
**Minneapolis, MN 55485-5960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Regents of the University of Minnesota**
**600 McNamara Alumni Center S.E.**
**200 SE Oak Street**
**Minneapolis, MN 55455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __preferred equity holder, listed for notice__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Ensor, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Spotnitz**
**2277 Delucchi Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes**
**Equity Holder**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,464.19 |
|---|---|---|---|

**Ronald M. Newdoll**
**c/o Edison Tech Park Four LLC**
**3515B Edison Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

Last 4 digits of account number _

Basis for the claim:  **past due rent**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald M. Newdoll and Agnes Newdoll**
**Revocable Trust**
**Edision Technology Park Four LLC**
**3515B Edison Way**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **preferred equity holder, listed for notice**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**S.K. Ganapathi**
**4060 Manzana Lane**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice purposes**
**Equity Holder**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sauar Invest**
**Erik Sauar**
**Kongleveien 24B**
**0860 Oslo, Norway**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **preferred equity holder, listed for notice**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.66 |
|---|---|---|---|

**Schafer Sheet Metal**
**917 Center Street**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,884.29 |
|---|---|---|---|

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-30733    Doc# 1    Filed: 07/02/18    Entered: 07/02/18 10:21:52    Page 21 of 43

| Debtor | Ensor, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.00 |
|---|---|---|---|

The Model Studio
104 Karina Court
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,100.00 |
|---|---|---|---|

TriNet HR Corporation
One Park Place, Suite 600
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Payroll services, co-employer relationship

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,012.66 |
|---|---|---|---|

VWR
PO Box 640169
Pittsburgh, PA 15264-0169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Zoom Capital AS/Bjorge Gretland
c/o Tyveholmen AS
Tjuvholmen Alle 19, 7th Fl
0252 Oslo Norway

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  preferred equity holder, listed for notice

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Insolvency Remittance<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Line  2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | TriNet<br>75 E. Santa Clara St.<br>San Jose, CA 95113 | Line  3.37<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                24,100.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 449,706.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 473,806.16 |

**Fill in this information to identify the case:**

Debtor name    **Ensor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **lease for commercial space. 1,835 ft2 at 3475 Edison Way, Suite Q, Menlo Park**<br>**Month to month**<br><br>Ronald M. Newdoll<br>3515B Edison Way<br>Menlo Park, CA 94025 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Professional Employer Organization, contract for co-employment. TriNet handles all HR function including payment of payroll.**<br>**n/a**<br><br>TriNet HR Corporation<br>75 E. Santa Clara St.<br>San Jose, CA 95113 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive licenses for 3 patents related to nanoparticles and the process nad apparatus for forming nanoparticles**<br><br>University of Minnesota<br>Office for Technology Commercialization<br>280 McNamara Alumni Center<br> Oak Street, SE<br>Minneapolis, MN 55455 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Ensor, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |

Case: 18-30733    Doc# 1    Filed: 07/02/18    Entered: 07/02/18 10:21:52    Page 24 of 43

**Fill in this information to identify the case:**

Debtor name    **Ensor, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | **Edison Technology Park Four LLC**<br>**Ron Newdoll**<br>**3515-B Edison Way**<br>**Menlo Park, CA 94025** | 6/4/2018 | $6,460.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__rent__ |
   | 3.2. | **TriNet HR Corp**<br>**One Park Place**<br>**Dublin, CA 94568** | 4/12/18,<br>4/27/18,<br>5/14/18,<br>5/30/18,<br>6/14/18 | $60,532.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__Payroll expense__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Ensor, Inc. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Karim Bendimerad**<br>**404 Hoffman Ave.**<br>**San Francisco, CA 94114**<br>**President** | **within the past 1 year** | **$100,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway, Ste 225<br>Oakland, CA 94612** | | **6/25/18** | **$7,000.00** |
| | Email or website address<br>**www.kornfieldlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **On 6/15/2018 David Pearce intended to make a secured loan of $47,500 to Ensor, Inc., secured by all of the assets of the entity. He transferred $47,500.00 to the corporation bank account. The parties did not ultimately reach an agreement as to the collateral and the loan was cancelled. The money was returned to David Pearce on 6/21/2018.** | | |
| | **David Pearce<br>43 Rainey Street<br>Austin, TX 78701** | | **June 21, 2018** | **$47,500.00** |
| | Relationship to debtor<br>**Director/Shareholder** | | | |

**Part 7:     Previous Locations**

Case: 18-30733   Doc# 1   Filed: 07/02/18   Entered: 07/02/18 10:21:52   Page 27 of 43

Debtor    **Ensor, Inc.**        Case number *(if known)*

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case: 18-30733    Doc# 1    Filed: 07/02/18    Entered: 07/02/18 10:21:52    Page 28 of 43

Debtor    **Ensor, Inc.**                                                      Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Vitriflex** <br> **2350 Zanker Rd.** <br> **San Jose, CA 95131** | **Warehouse space of Vitriflex.** | **equipment** | ☐ No <br> ■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title <br> Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Ensor, Inc. | Case number *(if known)* | |
|--------|-------------|-------------------------|--|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Bryce Forney, Forney Accountancy** **1973 Faye Ct.** **Pleasant Hill, CA 94523** | **10/2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Pearce | 43 Rainey Street, Apt 3202 Austin, TX 78701 | Director, shareholder | 4.406 ownership held by Pearce Family Trust dated December 30, 1999 and 12.1921 owned by Redtail Ventures, of which David Pearce is co-owner and Managing Director |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ensor, Inc.**                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Karim Bendimerad** | **404 Hoffman Ave.**<br>**San Francisco, CA 94114** | **Director, CEO, President** | **13.3651%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | **Karim Bendimerad**<br>**404 Hoffman Ave**<br>**San Francisco, CA 94114** | **$100,000.00 annual salary** | **past 12 months** | **Salary** |
| | Relationship to debtor<br>**CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|-------------------------|----------------------------------------------------------|

Debtor    **Ensor, Inc.**                  Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/02/2018**

**/s/ Karim Bendimerad**                         **Karim Bendimerad**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President, CEO, Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                    Case No.

    **Ensor, Inc.**

_____ Debtor(s).      /

**CREDITOR MATRIX COVER SHEET**

      I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  **7/02/2018**

              **/s/ Sarah Little**
              Signature of Debtor's Attorney or Pro Per Debtor

Sarah Little
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 225
Oakland, CA 94612


Ensor, Inc.
3475 Edison Way, Suite Q
Menlo Park, CA 94025


Adil Fardeheb
1 South Market, #1601
San Jose, CA 95113


Airgas
PO Box 7423
Pasadena, CA 91109


Ben's Dry Ice
PO Box 720306
San Francisco, CA 94172


CAMCOR
1443 E. 13th Ave
Eugene, OR 97403


Covalent Metrology Services
921 Thompson Place
Sunnyvale, CA 94085


David Pearce
43 Rainey Street, Apt 3202
Austin, TX 78701

Duniway
48501 Milmont Drive
Fremont, CA 94538


E. David Willette Revocable Trust
7600 Parklawn Ste 300
Minneapolis, MN 55435


Eclipse Metal Fabrication
2901 Spring Street
Redwood City, CA 94063


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


Fritsch
57 Grant Drive Suite G
Pittsboro, NC 27312


Goodfellow
125 Hookstown Grade Road
Coraopolis, PA 15108-9302


Goodwin Procter
53 State Street
Boston, MA 02109

```
IKA Works, Inc.
2635 North Chase Pkwy SE
Wilmington, NC 28405


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


Internal Revenue Service
Insolvency Remittance
PO Box 7346
Philadelphia, PA 19101-7346


Jean Thomson
2388 Lake Isles Parkway
Minneapolis, MN 55405


JNC Corporation
Shin Otemachi Blvd
2-1 Otemachi 2-Chome
Chiyoda-ku, Tokyo Japan 100-8105


Joerg Rockenberger
800 North 8th Street, Apt 314
San Jose, CA 95112


Karel Vanheusden
311 Glenwood Ave
Redwood City, CA 94062


Karim Bendimerad
404 Hoffman Ave.
San Francisco, CA 94114
```

Lorenzo Mangolini
9200 Miliken Ave, #5306
Rancho Cucamonga, CA 91730


MBraun
14 Marin Way
Stratham, NH 03885


National Scientific Company
PO Box 498
Quakertown, PA 18951


Pacific Surface Science Inc
675 Beachport Drive, Unit 114
Port Hueneme, CA 93041


Pascal Engineering
4423 Fortran Ct, Suite 134
San Jose, CA 95134


Pearce Family Trust dtd December 30 1999
43 Rainey Street, Apt 3202
Austin, TX 78701


Polaris Labs
8114 SW Nimbus 4C
Beaverton, OR 97008


Redtail Ventures, LLC
Attn: David Pearce, Apt 3202
43 Rainey Street
Austin, TX 78701

Redwood Valuation Partners
771 Lakeview Way
Redwood City, CA 94062


Regent of the University of Minnesota
NW 5960 PO Box 1450
Minneapolis, MN 55485-5960


Regents of the University of Minnesota
600 McNamara Alumni Center S.E.
200 SE Oak Street
Minneapolis, MN 55455


Robert Spotnitz
2277 Delucchi Drive
Pleasanton, CA 94588


Ronald M. Newdoll
c/o Edison Tech Park Four LLC
3515B Edison Way
Menlo Park, CA 94025


Ronald M. Newdoll
3515B Edison Way
Menlo Park, CA 94025


Ronald M. Newdoll and Agnes Newdoll
Revocable Trust
Edision Technology Park Four LLC
3515B Edison Way
Menlo Park, CA 94025


S.K. Ganapathi
4060 Manzana Lane
Palo Alto, CA 94306

Sauar Invest
Erik Sauar
Kongleveien 24B
0860 Oslo, Norway


Schafer Sheet Metal
917 Center Street
San Carlos, CA 94070


Sigma-Aldrich
PO Box 535182
Atlanta, GA 30353


State Board of Equalization
Acct Reference Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


The Model Studio
104 Karina Court
San Jose, CA 95131


TriNet
75 E. Santa Clara St.
San Jose, CA 95113


TriNet HR Corporation
One Park Place, Suite 600
Dublin, CA 94568


TriNet HR Corporation
75 E. Santa Clara St.
San Jose, CA 95113

University of Minnesota
Office for Technology Commercialization
280 McNamara Alumni Center
 Oak Street, SE
Minneapolis, MN 55455


VWR
PO Box 640169
Pittsburgh, PA 15264-0169


Zoom Capital AS/Bjorge Gretland
c/o Tyveholmen AS
Tjuvholmen Alle 19, 7th Fl
0252 Oslo Norway

# United States Bankruptcy Court
## Northern District of California

In re  **Ensor, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ensor, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**David Pearce**
**43 Rainey Street**
**Austin, TX 78701**

☐ None [*Check if applicable*]

__7/02/2018__

Date

__/s/ Sarah Little__

**Sarah Little 215635**

Signature of Attorney or Litigant

Counsel for   **Ensor, Inc.**

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 225**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

# United States Bankruptcy Court
## Northern District of California

In re    **Ensor, Inc.**            Case No.

                          Debtor(s)       Chapter     **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Karim Bendimerad**, declare under penalty of perjury that I am the **President, CEO, Director** of  **Ensor, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **27th** day of **June** , 20**18**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Karim Bendimerad**, **President, CEO, Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Karim Bendimerad**, **President, CEO, Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Karim Bendimerad**, **President, CEO, Director** of this Corporation is authorized and directed to employ **Sarah Little 215635**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date    **6/27/2018**                        Signed    **/s/ Karim Bendimerad**

                                                      **Karim Bendimerad**

Resolution of Board of Directors
of
**Ensor, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Karim Bendimerad**, **President, CEO, Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Karim Bendimerad, President, CEO, Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Karim Bendimerad, President, CEO, Director** of this Corporation is authorized and directed to employ **Sarah Little 215635**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **6/27/2018**         Signed   **/s/ Karim Bendimerad**

                                                              **Karim Bendimerad**

Date   **6/27/2018**         Signed